IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,             No. C -12-01995 EDL

    Plaintiff,            **ORDER**

v.

UNITED STATES,

    Defendant.
_____/

    The Court has received and filed Plaintiff's "Amendment to the Complaints" that was lodged on April 3, 2013. However, as stated in the Court's May 24, 2012 Order, the deadline to file an amended complaint was June 22, 2012. Rather than file an amended complaint by the deadline, on June 12, 2012, Plaintiff filed an appeal of the Court's May 24, 2012 Order to the Ninth Circuit Court of Appeals. On November 15, 2012, the Ninth Circuit issued a Mandate, stating that the July 12, 2012 Judgment dismissing the appeal took effect as of November 15, 2012.

    On November 21, 2012, the Court issued an order dismissing the case with prejudice for failure to file an amended complaint as stated in the Court's May 24, 2012 Order. Accordingly, Plaintiff's April 3, 2013 amended complaint is untimely, and his case was dismissed approximately five months ago. The Court will take no further action in this closed case.

    IT IS SO ORDERED.

Dated: April 11, 2013

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge